No. 78–695.   Fowler v. Iowa.   Sup. Ct. Iowa.   Certiorari denied.

No. 78–700.   McKinney et ux. v. United States.   C. A. 5th Cir.   Certiorari denied.

No. 78–702.   Zarcone v. Perry et al.   C. A. 2d Cir.   Certiorari denied.

No. 78–704.   Garcia v. New Mexico.   Ct. App. N. M. Certiorari denied.

No. 78–705.   P. D. Q., Inc., of Miami v. Nissan Motor Corporation in U. S. A. et al.   C. A. 5th Cir.   Certiorari denied.

No. 78–706.   Southern Pacific Transportation Co. et al. v. Burns.   C. A. 9th Cir.   Certiorari denied.

No. 78–710.   Klein v. United States.   C. A. 2d Cir. Certiorari denied.

No. 78–713.   United States v. Sea-Land Service, Inc. C. A. 3d Cir.   Certiorari denied.

No. 78–716.   National Auto Brokers Corp. et al. v. General Motors Corp. et al.   C. A. 2d Cir.   Certiorari denied.

No. 78–717.   Garonzik v. Shearson Hayden Stone, Inc. C. A. 5th Cir.   Certiorari denied.

No. 78–725.   Sovereign Construction Co., Ltd. v. City of Philadelphia.   C. A. 3d Cir.   Certiorari denied.

No. 78–726.   Bennett et al. v. Kiggins et al.   Ct. App. D. C.   Certiorari denied.